FILED
CLERK, U.S. DISTRICT COURT
3/29/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:23-cr-00147-JLS |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1343: Wire Fraud; 26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of False Tax Returns; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| GIANCARLO BOZZO, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1343]

A.   INTRODUCTORY ALLEGATIONS

　　1.   At times relevant to this Indictment:

　　　　a.   Defendant GIANCARLO BOZZO was a resident of Pasadena, California.

　　　　b.   The Internal Revenue Service ("IRS") was an agency of the Department of Treasury responsible for administering and enforcing the tax laws of the United States.

　　　　c.   Individual income tax returns, Forms 1040, could be submitted electronically to the IRS over the Internet and would be

routed to the IRS through the Enterprise Computing Center in Martinsburg, West Virginia.

       d.    Defendant BOZZO was the owner of the tax preparation business that operated under the name Immigration and Tax Services. Immigration and Tax Services was located in Pomona, California. As the owner and operator of Immigration and Tax Services, defendant BOZZO prepared federal and state income tax returns for Immigration and Tax Services' clients for a fee.

B.    THE SCHEME TO DEFRAUD

    2.    Beginning on an unknown date but no later than April 2017, and continuing until on or about October 9, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant BOZZO, together with others known and unknown, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud the IRS as to material matters, and to obtain money and property from the IRS by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

    3.    The fraudulent scheme operated and was carried out, in substance, as follows:

       a.    Defendant BOZZO prepared United States Individual Income Tax Returns (Forms 1040) for Immigration and Tax Services' clients (the "Clients").

       b.    Some Clients had paid more money to the IRS than the tax due to the IRS and could claim refunds. Defendant BOZZO fraudulently prepared most of these Clients' tax returns to increase the refunds for these Clients to amounts that were higher than what the Clients were lawfully entitled to receive. Defendant BOZZO

achieved the larger refund amounts in different ways, including by falsely stating that the Clients were entitled to claim education-related tax deductions even though, as defendant BOZZO knew, the Clients had never attended the identified educational institutions or incurred the expenses claimed on the Clients' returns.

   c. Without the Clients' knowledge and authorization, defendant BOZZO attached IRS Forms 8888 (Allocation of Refund) to many of the Clients' tax returns. The attached Forms 8888, which included the respective Client's name and social security number, each directed the IRS to: (a) deposit a portion of the Client's refund into the Client's bank account; and (b) deposit the remainder into bank accounts that defendant BOZZO controlled. The Clients did not give defendant BOZZO permission to divert any portion of their tax refund to his own bank accounts.

   d. In most instances, defendant BOZZO gave the Clients copies of returns (the "Client Copies") and falsely and fraudulently told the Clients that the Client Copies were true copies of the returns that defendant BOZZO had prepared for the Clients and filed with the IRS on their behalf (the "Filed Returns"). The Client Copies that defendant BOZZO prepared and provided to some Clients who could claim a refund showed a smaller refund amount than the refund amount that was shown on the Filed Returns. Without the Clients' knowledge and authorization, defendant BOZZO included Forms 8888 with the Filed Returns, which each directed the IRS to deposit the amount of the Client's refund reflected on the Client Copies into the Client's bank account, and deposit the remainder (i.e., the differences between the amount of the refund claimed on the Filed

Return and the smaller amount claimed on the Client Copy) into bank accounts that defendant BOZZO controlled.

C.  USE OF INTERSTATE WIRES

4.  On or about October 9, 2018, within the Central District of California, and elsewhere, defendant BOZZO, for the purpose of executing the above-described scheme to defraud, transmitted and caused the transmission of the U.S. Individual Income Tax Return, Form 1040, for tax year 2017 for taxpayer J.K., by means of wire communication in interstate commerce, namely, from Pomona, California, to the IRS through the Enterprise Computing Center in Martinsburg, West Virginia.

COUNTS TWO THROUGH SIX

[26 U.S.C. § 7206(2)]

5. On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant GIANCARLO BOZZO, a resident of Pasadena, California, and the owner of Immigration and Tax Services, in Pomona, California, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and years as set forth in the chart below. The returns were false and fraudulent as to material matters, in that each return represented that the taxpayer was entitled under the provisions of the Internal Revenue Code to claim deductions and credits for the items and in the amounts set forth below, whereas, as defendant BOZZO then knew, the taxpayers for whom the returns were prepared were not entitled to claim such deductions and credits in the amounts claimed on their returns:

| Count | Date of Offense | Taxpayer(s) | Tax Year | Falsely Claimed Item(s) | Amount |
|---|---|---|---|---|---|
| TWO | 04/01/17 | M.F. | 2016 | Refundable American Opportunity Credit; Nonrefundable Education Credit | $1,166 |
| THREE | 09/20/17 | J.K. | 2016 | Refundable American Opportunity Credit; Nonrefundable Education Credit | $1,643 |

5

| Count | Date of Offense | Taxpayer(s) | Tax Year | Falsely Claimed Item(s) | Amount |
|---|---|---|---|---|---|
| FOUR | 04/06/18 | M.F. | 2017 | Refundable American Opportunity Credit; Nonrefundable Education Credit | $1,827 |
| FIVE | 06/11/18 | J.A. | 2017 | Refundable American Opportunity Credit; Nonrefundable Education Credit | $2,437 |
| SIX | 10/09/18 | J.K. | 2017 | Refundable American Opportunity Credit; Nonrefundable Education Credit | $1,854 |

COUNT SEVEN

[18 U.S.C. § 1028A(a)(1)]

6. On or about October 9, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant GIANCARLO BOZZO knowingly transferred, possessed, and used, without lawful authority, means of identification that defendant BOZZO knew belonged to another person, that is, the name and social security number of J.K., during and in relation to wire fraud, a felony violation of Title 18, United States Code, Section 1343, as charged in Count One of this Indictment.

A TRUE BILL

　　　　　　　　　　/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

KEVIN B. REIDY
Assistant United States Attorney
Violent & Organized Crime Section